**LOCAL FORM 1007.1**
# United States Bankruptcy Court
**Eastern District of Tennessee**

In re **Stefan Christopher Wilson**
**Bethany Suzanna Wilson**
Debtor(s)

Case No. ______
Chapter **7**

## STATEMENT REGARDING PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT

### CERTIFICATION OF DEBTOR

I hereby certify under penalty of perjury that

■ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,*

or

☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition.

**[SIGNATURE OF DEBTOR]**

**Date:** June 24, 2026

### CERTIFICATION OF JOINT DEBTOR

I hereby certify under penalty of perjury that

■ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,*

or

☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition.

**[SIGNATURE OF JOINT DEBTOR]**

**Date:** June 24, 2026

---

* Other evidence of payment may consist of the debtor's most recent paycheck stub showing year-to-date earnings if the debtor has worked the same job the last 60 days before the date of the filing of the petition.

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

ADVANCE AUTO PARTS

Advance Stores Company Inc (500) 4200 Six Forks Rd Raleigh, NC 27609 +1 (800) 3804681
Stefan Wilson 968 red clay rd sw cleveland, TN 37311

| Name | Company | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Stefan Wilson | Advance Stores Company Inc (500) | 000994858 | 05/31/2026 | 06/13/2026 | 06/18/2026 | |

| | Hours Worked | Gross Pay | Pre tax Deductions | Employee Taxes | Post tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.00 | 2,019.32 | 61.96 | 303.89 | 285.70 | 1,367.77 |
| YTD | 932.00 | 26,484.52 | 718.31 | 5,075.34 | 2,620.29 | 18,503.71 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus - Field Sales | | | 0 | | 0 | 775.98 |
| Group Term Life | | | 0 | | 0 | 0.24 |
| Holiday Pay | | | 0 | | 16 | 403.84 |
| Holiday Work Premi | | | 0 | | 0 | 70.00 |
| Salary No Pay | 05/31/2026 - 06/13/2026 | 71.73 | 0 | 0.00 | | 0.00 |
| Salary Overtime No | 05/31/2026 - 06/13/2026 | 10.68 | 0 | 0.00 | | 0.00 |
| Salary | 05/31/2026 - 06/13/2026 | 60 | 0 | 1,514.42 | 932 | 23,524.04 |
| Sick Pay | 05/31/2026 - 06/13/2026 | 10 | 25.25 | 252.50 | 10 | 252.50 |
| Spot Bonus Pmt | | | 0 | | 0 | 600.00 |
| Vacation Pay | 05/31/2026 - 06/13/2026 | 10 | 25.2404 | 252.40 | 34 | 858.16 |
| Earnings | | | | 2,019.32 | | 26,484.76 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 125.11 | 1,641.11 |
| Medicare | 29.26 | 383.81 |
| Federal Withholding | 71.89 | 2,047.02 |
| State Tax - GA | 77.63 | 1,003.40 |
| Employee Taxes | 303.89 | 5,075.34 |

**Pre tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Base Pay | 60.58 | 703.13 |
| Employee & Family AD&D | 1.38 | 15.18 |
| Pre tax Deductions | 61.96 | 718.31 |

**Post tax Deduction**

| Description | Amount | YTD |
|---|---|---|
| Critical Illness (Spouse) | 6.04 | 60.40 |
| Critical Illness Plan | 5.52 | 55.20 |
| Dependent Life Ins | 0.35 | 3.85 |
| Employee Paid Life Ins | 4.66 | 51.26 |
| FinFit | 174.82 | 1,048.92 |
| Group Accident Plan | 7.87 | 78.70 |
| Hospital Indemnity Coverage | 27.27 | 272.70 |
| LTD | 5.57 | 61.27 |
| Optional Spouse Life | 2.26 | 24.86 |
| Pay On-Demand | | 433.13 |
| Purchasing Power | 18.29 | 91.45 |
| STD | 2.42 | 26.62 |
| STD Voluntary Buy up 70% | 6.43 | 70.73 |
| Stock Purchase Plan | | 75.00 |
| Universal Life (Child) | 1.15 | 12.65 |
| Universal Life (Spouse) | 8.00 | 88.00 |
| Universal Life | 15.05 | 165.55 |
| Post tax Deduction | 285.70 | 2,620.29 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| Co Paid Basic Life | 3.30 | 42.90 |
| Employer Paid AD&D | 0.32 | 4.16 |
| LTD | 7.33 | 80.63 |
| STD | 2.42 | 26.62 |
| Employer Paid Benefits | 13.37 | 154.31 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,017.94 | 26,469.58 |
| Medicare - Taxable Wages | 2,017.94 | 26,469.58 |
| Federal Withholding - Taxable Wages | 1,957.36 | 25,766.45 |
| State Tax Taxable Wages - GA | 1,957.36 | 25,766.45 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | A - Single |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Absence Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick USA | -8.461538 | 0 | 0.769234 |
| USA Paid Time Off | 0 | 0 | 0 |
| Vacation USA | -6.61538 | 0 | 4.92313 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Sutton bank | Sutton bank ******7905 | ******7905 | | 1,367.77 USD |

ATI PHYSICAL THERAPY

**Employee Name:** Bethany S Wilson
**Employee #:** J499
**Employee Address:** 414 Stapp Dr, Ringgold, GA 30736

**Employer Name:** ATI Holdings, LLC.
**Employer Phone:** (630) 296-2222
**Employer Address:** 2001 Butterfield Road, Suite 1600, Downers Grove, IL 60515

**Pay Date:** 6/5/2026
**Pay Period:** 5/18/2026 - 5/31/2026
**Deposit Advice #:** 274572335
**Pay Frequency:** Bi-Weekly
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** A (GA)
**State Exemptions:** 0 (GA)

| | Current 5/18/2026 - 5/31/2026 | | | YTD As of 5/31/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **79.8500** | | **$1,469.19** | **955.7190** | **$17,359.72** |
| Regular | 59.8500 | 18.3994 | $1,101.20 | 864.1690 | $15,692.22 |
| Overtime | | | | 0.0500 | $1.35 |
| Holiday | 8.0000 | 18.3994 | $147.19 | 24.0000 | $435.10 |
| Be Well/Sick | 5.0000 | 18.3994 | $92.00 | 31.0000 | $565.54 |
| Paid Time Off | 7.0000 | 18.3994 | $128.80 | 36.5000 | $665.51 |
| **Memo Information** | | | **$176.38** | | **$2,117.01** |
| Group Term Life | | | $0.58 | | $6.96 |
| ER Health | | | $175.80 | | $2,109.60 |
| OT Premium-1BBB | | | | 0.0500 | $0.45 |
| **Pre-Tax Deductions** | | | **$178.99** | | **$2,128.82** |
| 401K% | | | $73.46 | | $867.98 |
| Dental Pre-Tax | | | $16.82 | | $201.24 |
| Vision Pre-Tax | | | $3.80 | | $45.59 |
| Medical Pre-Tax | | | $84.91 | | $1,014.01 |
| **Taxes** | | | **$218.31** | | **$2,556.17** |
| Fed W/H | | | $70.98 | | $821.56 |
| FICA EE | | | $84.55 | | $998.13 |
| Fed MWT EE | | | $19.77 | | $233.43 |
| GA W/H | | | $43.01 | | $503.05 |
| **Post-Tax Deductions** | | | **$30.07** | | **$360.52** |
| 401K Loan | | | $16.04 | | $192.48 |
| Opt Life | | | $0.55 | | $6.28 |
| Hospital Indem | | | $13.48 | | $161.76 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,041.82** | | **$12,314.21** |
| Direct Deposit | 041215663 | XXXXXXXXX3128 | $1,041.82 | | |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Be Well Balance: | 3.13 Hours | Be Well Accrued: | 2.64 Hours |
| PTO Balance: | 27.88 Hours | PTO Accrued: | 5.22 Hours |
| PTO Carry Over Balance: | 3.24 Hours | | |

## Messages from your Employer

Company Contact : Payroll@atipt.com.

dayforce