**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

In Re:
Stefan Christopher Wilson xxx−xx−6437
Bethany Suzanna Wilson xxx−xx−4807
Debtor(s)

Case Number: 1:26−bk−11741−NWW
Chapter: 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The debtor(s) having filed an Application To Pay Filing Fee In Installments or the Court having denied the debtor(s)' Application for Waiver of the Chapter 7 Filing Fee, it is ORDERED as follows:

1. The debtor(s) may pay the filing fee in installments on the terms proposed in the Application. If no terms are proposed in the Application, the debtor(s) must pay the filing fee according to the following terms:

$338.00 on or before 09/24/2026
$ on or before
$ on or before
$ on or before

2. **As required by E.D. Tenn. LBRs 5005−4(d) and 5081−1, if the debtor(s) is represented by an attorney**, all filing fees must be paid to the attorney for the attorney to remit the fee to the Court "by credit card, debit card, or Automated Clearing House (ACH)." ***Filing fees from represented parties will not be accepted by mail or in person***.

3. **If the debtor(s) is not represented by an attorney**, all filing fee installments should be mailed to the Office of the Clerk of the United States Bankruptcy Court, located at:

United States Bankruptcy Court
31 East 11th Street
Chattanooga, TN 37402

All filing fee installments by an unrepresented debtor(s) must be in the form of money order or cashier's check made payable to the "Clerk, U.S. Bankruptcy Court." Cash payments by an unrepresented debtor(s) may be made only in the exact amount in person at the Office of the Clerk of the United States Bankruptcy Court. The Clerk cannot make change and cannot accept personal checks.

4. Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case. See Fed. R. Bankr. P. 1006(b)(3).

ENTER: 6/25/26

BY THE COURT

s/ Nicholas W. Whittenburg
UNITED STATES BANKRUPTCY JUDGE