United States Bankruptcy Court

Eastern District of Tennessee

In re:
Stefan Christopher Wilson
Bethany Suzanna Wilson
Debtors

Case No. 26-11741-NWW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0649-1 User: admin Page 1 of 3
Date Rcvd: Jun 25, 2026 Form ID: 309A Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Bethany Suzanna Wilson, 414 Stapp Drive, Ringgold, GA 30736-3011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: swilson1989@gmail.com | Jun 25 2026 20:03:00 | Stefan Christopher Wilson, 414 Stapp Drive, Ringgold, GA 30736-3011 |
| aty | | Email/Text: mramsey@burkandramsey.com | Jun 25 2026 20:08:00 | Millard Ramsey, Burk & Ramsey, LLC, 1217 Lafayette Road, Rossville, GA 30741 |
| tr | + | EDI: BAMSTOFAN | Jun 26 2026 00:03:00 | Amanda M Stofan, Farinash & Stofan, 100 West ML King Blvd, Ste 816, Chattanooga, TN 37402-2553 |
| ust | + | Email/Text: ustpregion08.cn.ecf@usdoj.gov | Jun 25 2026 20:10:00 | United States Trustee, Historic U.S. Courthouse, 31 E. Eleventh Street, Fourth Floor, Chattanooga, TN 37402-2722 |
| 14139434 | + | Email/Text: bankruptcynotices@aarons.com | Jun 25 2026 20:10:00 | Aarons Rentals, 1801 Battlefield Pkwy, Fort Oglethorpe, GA 30742-4021 |
| 14139435 | + | EDI: AISACG.COM | Jun 26 2026 00:03:00 | Ally Financial, c/o AIS Portolio Services, 4515 N. Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 14139436 | | EDI: SYNC | Jun 26 2026 00:03:00 | Belk, c/o Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 14139437 | + | EDI: CAPITALONE.COM | Jun 26 2026 00:03:00 | Capital One (Credit Cards), Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14139438 | + | EDI: AISACG.COM | Jun 26 2026 00:03:00 | Capital One Auto, c/o AIS Portfolio Services, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 14139439 | + | EDI: WFNNB.COM | Jun 26 2026 00:03:00 | Children's Place, c/o Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14139440 | | EDI: CITICORP | Jun 26 2026 00:03:00 | Citibank, Attn: Bankruptcy, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 14139441 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 20:15:18 | Credit One Bank, c/o LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14139442 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2026 20:15:22 | Credit One Bank, Attn: Bankruptcy Dept., P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14139443 | | EDI: SYNC | Jun 26 2026 00:03:00 | First Dig, c/o Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |

| | | | | |
|---|---|---|---|---|
| 14139444 | | EDI: AMINFOFP.COM | Jun 26 2026 00:03:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14139445 | + | EDI: WFNNB.COM | Jun 26 2026 00:03:00 | Gamestop, c/o Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14139447 | + | Email/Text: USATNE.BankruptcyBNC@usdoj.gov | Jun 25 2026 20:09:00 | Internal Revenue Service, c/o U.S. Attorney's Office, 1110 Market Street, Suite 515, Chattanooga, TN 37402-2253 |
| 14139446 | | EDI: IRS.COM | Jun 26 2026 00:03:00 | Internal Revenue Service, Attn: Bankruptcy, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14139449 | + | Email/Text: bankruptcy@kikoff.com | Jun 25 2026 20:09:00 | Kikoff, Attn: Bankruptcy, P.O. Box 40070, Reno, NV 89504-4070 |
| 14139450 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jun 25 2026 20:09:00 | Sezzle, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 14139451 | + | EDI: JEFFERSONCAP.COM | Jun 26 2026 00:03:00 | T Mobile, c/o Jefferson Capital, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 14139452 | | EDI: SYNC | Jun 26 2026 00:03:00 | TJXDC, c/o Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 14139453 | | EDI: CITICORP | Jun 26 2026 00:03:00 | Torrid, c/o Citibank, Attn: Bankruptcy, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 14139454 | + | Email/Text: cs@aldouslegal.com | Jun 25 2026 20:09:00 | Workout Anytime, c/o Aldous & Associates, P.O. Box 171374, Salt Lake City, UT 84117-1374 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14139448 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, c/o U.S. Attorney's Office, Judiciary Court Building, 555 4th Street, NW, Washington, DC 20530 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda M Stofan | amstrustee@8053100.com TN64@ecfcbis.com |
| Millard Ramsey | |

| | |
|---|---|
| | on behalf of Debtor Stefan Christopher Wilson mramsey@burkandramsey.com ecflegalnotices@burkandramsey.com;r40004@notify.bestcase.com;twilson@burkandramsey.com;BurkRamseyLLCRossville@jubileebk.net |
| Millard Ramsey | on behalf of Joint Debtor Bethany Suzanna Wilson mramsey@burkandramsey.com ecflegalnotices@burkandramsey.com;r40004@notify.bestcase.com;twilson@burkandramsey.com;BurkRamseyLLCRossville@jubileebk.net |
| United States Trustee | Ustpregion08.cn.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Stefan Christopher Wilson<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–6437<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Bethany Suzanna Wilson<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–4807<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Tennessee | Date case filed for chapter: | 7 6/24/26 |
| Case number: | 1:26–bk–11741–NWW | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at https://ecf.tneb.uscourts.gov/.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stefan Christopher Wilson | Bethany Suzanna Wilson |
| 2. | **All other names used in the last 8 years** | | fka Bethany Suzanna Williams |
| 3. | **Address** | 414 Stapp Drive<br>Ringgold, GA 30736 | 414 Stapp Drive<br>Ringgold, GA 30736 |
| 4. | **Debtor's attorney**<br>Name and address | Millard Ramsey<br>Burk & Ramsey, LLC<br>1217 Lafayette Road<br>Rossville, GA 30741 | Contact phone 706–841–2220 |
| 5. | **Bankruptcy trustee**<br>Name and address | Amanda M Stofan<br>Farinash & Stofan<br>100 West ML King Blvd, Ste 816<br>Chattanooga, TN 37402 | Contact phone 423–805–3100 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://ecf.tneb.uscourts.gov/. | Christopher Call<br>Clerk of Court<br>United States Bankruptcy Court<br>31 East 11th Street<br>Chattanooga, TN 37402 | Hours open:<br>Monday – Friday 8:00 AM – 4:30 PM<br><br>Contact phone (423) 752–5163<br><br>Date: 6/25/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 22, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 527 860 6176, Passcode OR 1978240516, call (423) 250–1726** For additional meeting information go to https://www.justice.gov/ust/moc/ |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/21/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors. |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>However, secured creditors (creditors who have a security interest in the debtor(s)' property) must provide, prior to the meeting of creditors scheduled in line 7 above, proof to the bankruptcy trustee that their security interest has been perfected. Also, unless a written request for notice is filed at or before the meeting of creditors, the bankruptcy trustee may abandon property of the estate without further notice to creditors. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://ecf.tneb.uscourts.gov/. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |