Certificate Number: 12433-TNE-DE-041224011

Bankruptcy Case Number: 26-11741

12433-TNE-DE-041224011

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2026, at 7:21 o'clock PM PDT, Stefan C. Wilson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Tennessee.

Date: July 20, 2026

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher