**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

In Re:
Stefan Christopher Wilson xxx−xx−6437
Bethany Suzanna Wilson xxx−xx−4807
Debtor(s)

Case Number: 1:26−bk−11741−NWW
Chapter: 7

# ORDER

It appearing to the court that the date for entry of discharge is approaching and the bankruptcy filing fee has not been paid in full as previously directed by the court in its order allowing payment of the filing fee by installments; it is hereby ORDERED that the debtor(s) pay the filing fee in full within twenty−one days from entry of this order or the case may be dismissed without further notice or hearing.

ENTER: 9/25/26

BY THE COURT

s/ Nicholas W. Whittenburg
UNITED STATES BANKRUPTCY JUDGE