United States Bankruptcy Court

Eastern District of Tennessee

In re:
Stefan Christopher Wilson
Bethany Suzanna Wilson
Debtors

Case No. 26-11741-NWW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0649-1 User: admin 
Date Rcvd: Sep 25, 2026 Form ID: opffifds Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | #+ | Bethany Suzanna Wilson, 414 Stapp Drive, Ringgold, GA 30736-3011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: swilson1989@gmail.com | Sep 25 2026 20:21:00 | Stefan Christopher Wilson, 414 Stapp Drive, Ringgold, GA 30736-3011 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda M Stofan | amstrustee@8053100.com TN64@ecfcbis.com |
| Millard Ramsey | on behalf of Debtor Stefan Christopher Wilson mramsey@burkandramsey.com ecflegalnotices@burkandramsey.com;r40004@notify.bestcase.com;twilson@burkandramsey.com;BurkRamseyLLCRossville@ju |

| | |
|---|---|
| | bileebk.net |
| Millard Ramsey | on behalf of Joint Debtor Bethany Suzanna Wilson mramsey@burkandramsey.com ecflegalnotices@burkandramsey.com;r40004@notify.bestcase.com;twilson@burkandramsey.com;BurkRamseyLLCRossville@jubileebk.net |
| United States Trustee | Ustpregion08.cn.ecf@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

In Re:
Stefan Christopher Wilson xxx−xx−6437
Bethany Suzanna Wilson xxx−xx−4807
Debtor(s)

Case Number: 1:26−bk−11741−NWW
Chapter: 7

# ORDER

It appearing to the court that the date for entry of discharge is approaching and the bankruptcy filing fee has not been paid in full as previously directed by the court in its order allowing payment of the filing fee by installments; it is hereby ORDERED that the debtor(s) pay the filing fee in full within twenty−one days from entry of this order or the case may be dismissed without further notice or hearing.

ENTER: 9/25/26

BY THE COURT

s/ Nicholas W. Whittenburg
UNITED STATES BANKRUPTCY JUDGE