United States Bankruptcy Court

Eastern District of Tennessee

In re:
Stefan Christopher Wilson
Bethany Suzanna Wilson
Debtors

Case No. 26-11741-NWW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0649-1 User: admin 

Date Rcvd: Oct 06, 2026 Form ID: 318 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | #+ | Bethany Suzanna Wilson, 414 Stapp Drive, Ringgold, GA 30736-3011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: swilson1989@gmail.com | Oct 06 2026 20:30:00 | Stefan Christopher Wilson, 414 Stapp Drive, Ringgold, GA 30736-3011 |
| cr | + | EDI: AISACG.COM | Oct 07 2026 00:21:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14139434 | + | Email/Text: bankruptcynotices@aarons.com | Oct 06 2026 20:31:00 | Aarons Rentals, 1801 Battlefield Pkwy, Fort Oglethorpe, GA 30742-4021 |
| 14139435 | + | EDI: AISACG.COM | Oct 07 2026 00:21:00 | Ally Financial, c/o AIS Portolio Services, 4515 N. Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 14139436 | | EDI: SYNC | Oct 07 2026 00:21:00 | Belk, c/o Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 14139437 | + | EDI: CAPITALONE.COM | Oct 07 2026 00:21:00 | Capital One (Credit Cards), Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14139438 | + | EDI: AISACG.COM | Oct 07 2026 00:21:00 | Capital One Auto, c/o AIS Portfolio Services, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 14139439 | + | EDI: WFNNB.COM | Oct 07 2026 00:21:00 | Children's Place, c/o Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14139440 | | EDI: CITICORP | Oct 07 2026 00:21:00 | Citibank, Attn: Bankruptcy, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 14139441 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 20:37:16 | Credit One Bank, c/o LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14139442 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2026 20:37:16 | Credit One Bank, Attn: Bankruptcy Dept., P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14139443 | | EDI: SYNC | Oct 07 2026 00:21:00 | First Dig, c/o Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 14139444 | | EDI: AMINFOFP.COM | Oct 07 2026 00:21:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14139445 | + | EDI: WFNNB.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 07 2026 00:21:00 | Gamestop, c/o Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14139447 | + | Email/Text: USATNE.BankruptcyBNC@usdoj.gov | Oct 06 2026 20:31:00 | Internal Revenue Service, c/o U.S. Attorney's Office, 1110 Market Street, Suite 515, Chattanooga, TN 37402-2253 |
| 14139446 | | EDI: IRS.COM | Oct 07 2026 00:21:00 | Internal Revenue Service, Attn: Bankruptcy, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14139449 | + | Email/Text: bankruptcy@kikoff.com | Oct 06 2026 20:31:00 | Kikoff, Attn: Bankruptcy, P.O. Box 40070, Reno, NV 89504-4070 |
| 14139450 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Oct 06 2026 20:31:00 | Sezzle, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 14139451 | + | EDI: JEFFERSONCAP.COM | Oct 07 2026 00:21:00 | T Mobile, c/o Jefferson Capital, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 14139452 | | EDI: SYNC | Oct 07 2026 00:21:00 | TJXDC, c/o Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 14139453 | | EDI: CITICORP | Oct 07 2026 00:21:00 | Torrid, c/o Citibank, Attn: Bankruptcy, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 14139454 | + | Email/Text: cs@aldouslegal.com | Oct 06 2026 20:31:00 | Workout Anytime, c/o Aldous & Associates, P.O. Box 171374, Salt Lake City, UT 84117-1374 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14139448 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, c/o U.S. Attorney's Office, Judiciary Court Building, 555 4th Street, NW, Washington, DC 20530 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda M Stofan | amstrustee@8053100.com TN64@ecfcbis.com |
| Millard Ramsey | on behalf of Debtor Stefan Christopher Wilson mramsey@burkandramsey.com ecflegalnotices@burkandramsey.com;r40004@notify.bestcase.com;twilson@burkandramsey.com;BurkRamseyLLCRossville@jubileebk.net |

| | |
|---|---|
| Millard Ramsey | on behalf of Joint Debtor Bethany Suzanna Wilson mramsey@burkandramsey.com ecflegalnotices@burkandramsey.com;r40004@notify.bestcase.com;twilson@burkandramsey.com;BurkRamseyLLCRossville@jubileebk.net |
| United States Trustee | Ustpregion08.cn.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Stefan Christopher Wilson<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6437<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Bethany Suzanna Wilson<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4807<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Tennessee | | |
| Case number: | 1:26–bk–11741–NWW | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stefan Christopher Wilson

Bethany Suzanna Wilson
fka Bethany Suzanna Williams

10/5/26

**By the court:** Nicholas W. Whittenburg
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**